

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| KEYVAN PARSA, | § | No. 08-22-00239-CV |
| Appellant, | § | Appeal from the |
| vs. | § | 327th Judicial District Court |
| ALBERT FLORES, MONTOYA PARK PLACE, INC., AND WESTSTAR TITLE, LLC, FIDELITY NATIONAL TITLE INSURANCE COMPANY, | § § | of El Paso County, Texas (TC# 2020DCV2997) |
| Appellees. | | |

## MEMORANDUM OPINION

Appellant filed a notice of appeal on November 30, 2022. Appellant appears to be attempting to appeal Appellee's Memorandum of Law filed with the District Clerk on November 3, 2022.

Appellant's notice of appeal does not identify an order or judgment he intends to appeal, the date when such was entered and whether it is a final judgment. Because we were concerned that we lacked jurisdiction to entertain this appeal, we sent Appellant a letter on November 30, 2022, stating it appeared there was no appealable order or judgment. *See* TEX. R APP. P. 42.3(a). We also informed Appellant that unless he responded within ten days and showed grounds for continuing the appeal, this appeal would be dismissed for want of jurisdiction. *See* Tex. R. App.

P. 10.5(b), 26.3(b), 42.3(a). Lastly, we also sent a second letter on the same date informing Appellant he had not paid the case filing fee and such failure could result in the dismissal of his case unless he showed he was excused by statute or appellate rule. *See* TEX. R. APP. P. 42.3(b) and (c).

Appellant has failed to file a response showing grounds for continuing the appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(a), (b), (c), and 43.2(f).

GINA M. PALAFOX, Justice

December 28, 2022

Before Rodriguez, C.J., Palafox, and Alley, JJ.

2